IN THE UNITED STATES COURT OF APPEALS
DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| HELMERICH & PAYNE INTERNATIONAL DRILLING CO.,<br>    Plaintiff-Appellee,<br><br>HELMERICH & PAYNE DE VENEZUELA, C.A.,<br>    Plaintiff-Appellee/Cross-Appellant,<br><br>v.<br><br>BOLIVARIAN REPUBLIC OF VENEZUELA, PETRÓLEOS DE VENEZUELA, S.A., and PDVSA PETRÓLEO, S.A.,<br>    Defendants-Appellants/Cross-Appellees. | Case No. 13-7169<br><br>(Consolidated with Nos. 13-7170 and 14-7008) |

**JOINT UNOPPOSED MOTION REGARDING
BRIEFING FORMAT AND SCHEDULE**

Pursuant to this Court's January 31, 2014 Order, Defendants-Appellants/Cross-Appellees Petróleos de Venezuela, S.A. and PDVSA Petróleo, S.A. (collectively, the "PDVSA Defendants"), Defendant-Appellant/Cross-Appellee Bolivarian Republic of Venezuela ("Venezuela" and collectively, with the PDVSA Defendants, the "Defendants"), and Plaintiff-Appellee Helmerich & Payne International Drilling Co. ("H&P-IDC") and Plaintiff-Appellee/Cross-Appellant Helmerich & Payne de Venezuela, C.A. ("H&P-Venezuela" and collectively with H&P-IDC, the "Plaintiffs") respectfully submit this Joint Motion regarding Briefing Format and Schedule. The parties request that the Court issue the briefing schedule requested by the parties.

# BACKGROUND

## I. Appeal Nos. 13-7169, 13-7170, and 14-7008 Have Been Consolidated by Court Order

On September 23, 2011, Plaintiffs filed an action in the United States District Court for the District of Columbia (the "District Court"). *See Helmerich & Payne International Drilling Co. v. Bolivarian Republic of Venezuela*, 1:11-cv-01735-RLW. Both Plaintiffs asserted claims against all Defendants for damages based on an alleged expropriation in violation of international law of assets in Venezuela (the "Expropriation Claim"). H&P-Venezuela also asserted claims for breach of contract against the PDVSA Defendants for the failure to make payments on ten drilling contracts (the "Contractual Claims"). On August 31, 2012, the PDVSA Defendants and Venezuela each moved to dismiss Plaintiffs' complaint in the underlying matter, [22, 23, 24], including on grounds of foreign sovereign immunity under the Foreign Sovereign Immunities Act, 28 U.S.C. § 1330 et seq. (the "FSIA").

On September 20, 2013, the District Court issued a Memorandum Opinion and Order, granting Defendants' motion to dismiss with respect to the Expropriation Claim by H&P-Venezuela, but denying it with respect to the Expropriation Claim by H&P-IDC and the Contractual Claims by H&P-Venezuela.

On October 18, 2013, the PDVSA Defendants and Venezuela each filed a Notice of Appeal to this Court, docketed as Nos. 13-7169 and 13-7170, pursuant to 28 U.S.C. § 1291, seeking review of the Order of the District Court entered on

September 20, 2013. On October 25, 2014, the Court consolidated these appeals under Appeal No. 13-7169.

On October 28, 2013, H&P-Venezuela filed a motion asking the District Court to enter a partial final judgment with respect to the District Court's dismissal of its Expropriation Claim. On January 6, 2014, the District Court granted that motion and entered final judgment in favor of Defendants with respect to H&P-Venezuela's Expropriation Claim. On January 14, 2014, H&P-Venezuela filed a Notice of Appeal to this Court, docketed as No. 14-7008, of the final judgment by the District Court entered on January 6, 2014.

On January 29, 2014, the Court issued an order consolidating Appeal No. 14-7008 under Appeal No. 13-7169. On January 31, 2014, the Court issued an order directing the parties to submit a proposed format for the briefing of these cases and advised that aligned parties should file joint briefs.

## II.  Filings in the Circuit Court

### A.  Appeal Nos. 13-7169 and 13-7170

Defendants have made the following initial filings in Appeal No. 13-7169:

- Entries of Appearance;
- Certificate as to Parties, Rulings, and Related Cases;
- Docketing Statement;
- Statement of Issues;

- Statement of Intent Regarding Appendix Deferral;
- Underlying Decision in Case; and
- Transcript Status Report.

Plaintiffs have made the following initial filings in Appeal No. 13-7169:

- Entries of Appearance;
- Certificate as to Parties, Rulings, and Related Cases; and
- Notice of Pending Motion in the District Court.

B.  **Appeal No. 14-7008**

The Court has not entered an order scheduling the initial filings in connection with H&P-Venezuela's cross-appeal (14-7008, now consolidated with 13-7169). H&P-Venezuela intends to file these initial submissions on March 3, 2014.

## REQUESTED RELIEF

The parties believe that it is appropriate for the Court to issue (1) a schedule for the initial filings with regard to H&P-Venezuela's cross-appeal and (2) a briefing schedule for the consolidated appeals.

In accordance with the Court's Order of January 31, 2014, Plaintiffs and Defendants have each agreed to file joint briefs. However, because of the number, nature, and complexity of the issues involved in these appeals, the parties are proposing briefing deadlines that are approximately 15 days longer than the dates that would typically apply under FRAP 28.1. Specifically, the parties request that the Court issue a briefing schedule containing the following deadlines:

- Defendants' Principal Brief will be due no later than sixty (60) days after H&P-Venezuela's submission of the initial filings in H&P-Venezuela's cross-appeal;

- Plaintiffs' Principal and Response Brief will be due no later than sixty (60) days after Defendants file their Principal Brief;

- Defendants' Response and Reply Brief will be due no later than forty-five (45) days after the Plaintiffs file their Principal and Response Brief; and

- H&P-Venezuela's Reply Brief will be due no later than thirty (30) days after Defendants file their Response and Reply Brief.

Dated:  Washington, D.C.
        March 3, 2014

Respectfully submitted,

**CURTIS, MALLET-PREVOST, COLT & MOSLE LLP**

By: *s/ Joseph D. Pizzurro*
Joseph D. Pizzurro, Esq.
(D.C. Bar No. 468922)
1717 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Tel.: (202) 452-7373
Fax: (202) 452-7333
Email: jpizzurro@curtis.com

*Attorneys for Defendants-Appellants/Cross-Appellees Petróleos de Venezuela, S.A. and PDVSA Petróleo, S.A.*

**HOGAN LOVELLS US LLP**

By: _____
William L. Monts III
(D.C. Bar No. 428856)
555 Thirteenth Street, NW
Washington, DC 20004-1009
Tel.: (202) 637-5600
Fax: (202) 637-5910
Email:
william.monts@hoganlovells.com

-and-

By: *s/ Bruce D. Oakley*
Bruce D. Oakley
(D.C. Bar No. TX0102)
700 Louisiana Street, Suite 4300
Houston, Texas 77002
Tel. (713) 632-1400
Fax: (713) 632-1401
Email:
bruce.oakley@hoganlovells.com

*Attorneys for Defendant-Appellant/Cross-Appellee Bolivarian Republic of Venezuela*

**WILMER CUTLER PICKERING HALE AND DORR LLP**

By: *s/ David W. Ogden*
David W. Ogden
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Tel.: (202) 663-6000
Fax: (202) 663-6363
E-mail:
david.ogden@wilmerhale.com

*Attorneys for Plaintiff-Appellee*

*Helmerich & Payne International Drilling Co.* and Plaintiff-Appellee/Cross-Appellant *Helmerich & Payne de Venezuela, C.A.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of March, 2014, I caused a true and correct copy of the foregoing document to be filed with the Clerk of the Court using the ECF system and to be served upon counsel listed in Exhibit A via U.S. Mail.

*/s/ Joseph D. Pizzurro*
Joseph D. Pizzurro

# **EXHIBIT A**

David W. Ogden, Esq.
Wilmer, Cutler, Pickering, Hale & Dorr, LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006

*Counsel for Helmerich & Payne de Venezuela, C.A.
and Helmerich & Payne International Drilling Co.*

-and-

William L. Monts, III, Esq.
Hogan Lovells US, LLP
Columbia Square
555 13th Street, NW
Washington, DC 20004-1109

*Counsel for the Bolivarian Republic of Venezuela*