# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| HELMERICH & PAYNE INTERNATIONAL DRILLING CO.,<br>    Plaintiff-Appellee,<br><br>HELMERICH & PAYNE DE VENEZUELA, C.A.,<br>    Plaintiff-Appellee/Cross-Appellant,<br><br>v.<br><br>BOLIVARIAN REPUBLIC OF VENEZUELA, PETRÓLEOS DE VENEZUELA, S.A., and PDVSA PETRÓLEO, S.A.,<br>    Defendants-Appellants/Cross-Appellees. | Case No. 13-7169<br><br>(Consolidated with Nos. 13-7170 and 14-7008) |

## AMENDED CERTIFICATE
## AS TO PARTIES, RULINGS, AND RELATED CASES

In light of the Court's consolidation of Case No. 14-7008 with Case Nos. 13-7169 and 13-7170, Helmerich & Payne International Drilling Co. ("H&P-IDC") and Helmerich & Payne de Venezuela, C.A. ("H&P-V") hereby submit this amended Certificate As To Parties, Rulings, And Related Cases setting forth the information required by D.C. Circuit Rule 28(a)(1):

(A) *Parties and Amici*

Plaintiff-Appellee Helmerich & Payne International Drilling Co. ("H&P-IDC") and Plaintiff-Appellee/Cross-Appellant Helmerich & Payne de Venezuela, C.A. ("H&P-V") appeared in district court and are parties in this Court.

Defendants-Appellants Bolivarian Republic of Venezuela ("Venezuela"), Petróleos de Venezuela, S.A. ("PDVSA"), and PDVSA Petróleo, S.A. ("PDVSA-P") appeared in district court and are parties in this Court.

Neither the district court nor this Court has granted any party leave to intervene or to participate as amicus curiae at this time.

(B) *Rulings Under Review*

Defendants-Appellants PDVSA's and PDVSA-P's (collectively, "PDVSA Defendants") October 18, 2013 Notice of Appeal indicates that the PDVSA Defendants are appealing the order (Dkt. Nos. 55, 56) issued by the district court (Wilkins, J.) on September 20, 2013 denying in part the PDVSA Defendants' motion to dismiss the complaint for lack of subject matter jurisdiction on foreign sovereign immunity grounds.

Defendant-Appellant Venezuela's October 18, 2013 Notice of Appeal indicates that Venezuela is appealing the order (Dkt. Nos. 55, 56) issued by the district court (Wilkins, J.) on September 20, 2013 denying in part Venezuela's motion to dismiss the complaint for lack of subject matter jurisdiction on sovereign immunity grounds.

Plaintiff-Appellee/Cross-Appellant H&P-V is appealing from the final judgment entered by the district court (Wilkins, J.) on January 6, 2014 pursuant to Rule 54(b) in favor of Defendants-Appellants/Cross-Appellees Venezuela,

PDVSA, and PDVSA-P against H&P-V with respect to H&P-V's expropriation claim (Dkt. No. 66) and from all underlying interlocutory orders that gave rise to that final judgment, including the September 20, 2013 order granting, in part, the motions to dismiss (Dkt. Nos. 55-56). The Memorandum Opinion (Dkt. No. 55) issued contemporaneously with the district court's September 20, 2013 Order is not yet reported, but is available at 2013 WL 5290126.

(C)  *Related Cases*

This case has not previously been before this Court or, with the exception of the proceedings before the district court below, any other court. D.C. Circuit Rule 28(a)(1)(C). The Court has already consolidated this appeal with the related appeals brought by the PDVSA Defendants, Case No. 13-7169, and Venezuela, Case No. 13-7170. Counsel for H&P-IDC and H&P-V are not aware of any other related cases under D.C. Circuit Rule 28(a)(1)(C).

| | |
|---|---|
| Dated:  March 3, 2014 | Respectfully submitted, |
| | /s/ David W. Ogden |
| | David W. Ogden<br>WILMER CUTLER PICKERING<br>    HALE & DORR LLP<br>1875 Pennsylvania Avenue, N.W.<br>Washington, D.C.  20006<br>Telephone: (202) 663-6000<br>Facsimile:  (202) 663-6363<br>E-mail:  david.ogden@wilmerhale.com |

*Counsel for Plaintiffs-Appellees/Cross-Appellant*

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| HELMERICH & PAYNE INTERNATIONAL DRILLING CO.,<br>　　　Plaintiff-Appellee,<br><br>HELMERICH & PAYNE DE VENEZUELA, C.A.,<br>　　　Plaintiff-Appellee/Cross-Appellant,<br><br>v.<br><br>BOLIVARIAN REPUBLIC OF VENEZUELA, PETRÓLEOS DE VENEZUELA, S.A., and PDVSA PETRÓLEO, S.A.,<br>　　　Defendants-Appellants/Cross-Appellees. | Case No. 13-7169<br><br>(Consolidated with Nos. 13-7170 and 14-7008) |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and D.C. Circuit Rule 26.1, Plaintiff-Appellee Helmerich & Payne International Drilling Co. ("H&P-IDC") and Plaintiff-Appellee/Cross-Appellant Helmerich & Payne de Venezuela, C.A. ("H&P-V") provide the following corporate disclosure statement:

H&P-IDC is a wholly owned subsidiary of Helmerich & Payne, Inc. ("H&P, Inc."), a public company whose shares are traded on the New York Stock Exchange. H&P-IDC is incorporated in Delaware with its principal executive office in Tulsa, Oklahoma. H&P-IDC is engaged in drilling oil and gas wells for exploration and production companies. H&P-IDC has substantial onshore and

offshore drilling operations domestically and internationally through branches and subsidiaries.

H&P-V is a wholly owned subsidiary of H&P-IDC, which is owned by H&P, Inc. H&P-V is incorporated in Venezuela. Until it was expropriated in 2010, H&P-V had its principal Venezuelan office in Anaco, Venezuela, and also used the offices of H&P-IDC in Tulsa, Oklahoma. H&P-V was in the business of providing contract oil and gas drilling services for Defendant-Appellant/Cross-Appellee Petróleos de Venezuela, S.A. and its affiliates.

Dated: March 3, 2014

Respectfully submitted,

/s/ David W. Ogden

David W. Ogden
WILMER CUTLER PICKERING
    HALE & DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
E-mail: david.ogden@wilmerhale.com

*Counsel for Plaintiffs-Appellees/Cross-Appellant*

# CERTIFICATE OF SERVICE

I certify that, on March 3, 2014, I caused the foregoing Amended Certificate As To Parties, Rulings, And Related Cases and Corporate Disclosure Statement to be electronically filed with the Clerk of the Court for the U.S. Court of Appeals for the District of Columbia Circuit using the appellate CM/ECF system.  Counsel for all parties to the case are registered CM/ECF users and will be served by the CM/ECF system.

/s/ David W. Ogden

David W. Ogden
WILMER CUTLER PICKERING
    HALE & DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C.  20006
Telephone: (202) 663-6000
Facsimile:  (202) 663-6363
E-mail: david.ogden@wilmerhale.com