# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 13-7169**                                              **September Term, 2013**

1:11-cv-01735-RLW

**Filed On:** March 10, 2014

Helmerich & Payne International Drilling Co.
and Helmerich & Payne De Venezuela, C.A.,

    Appellees

    v.

Bolivarian Republic of Venezuela,

    Appellee

Petroleos De Venezuela, S.A. and PDVSA
Petroleo, S.A.,

    Appellants

------------------------------
Consolidated with 13-7170, 14-7008

## O R D E R

Upon consideration of the parties' joint unopposed motion regarding briefing format and schedule, it is

**ORDERED** that the following briefing schedule and format apply in these consolidated cases:

| | |
|---|---|
| Joint Principal Brief for Defendant-Appellants (not to exceed 14,000 words) | 05/12/14 |
| Joint Appendix | 05/12/14 |
| Joint Principal and Response Brief for Defendant-Appellees/Cross-Appellants (not to exceed 16,500 words) | 07/11/14 |
| Joint Response and Reply Brief for Defendant-Appellants/Cross-Appellees (not to exceed 14,000 words) | 08/25/14 |
| Joint Reply Brief for Defendant-Cross Appellants (not to exceed 7,000 words) | 09/24/14 |

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 13-7169**  **September Term, 2013**

The parties will be notified by separate order of the oral argument date and composition of the merits panel.

 Parties are strongly encouraged to hand deliver the paper copies of their briefs to the Clerk's office on the date due.  Filing by mail may delay the processing of the brief.  Additionally, counsel are reminded that if filing by mail, they must use a class of mail that is at least as expeditious as first-class mail.  <u>See</u> Fed. R. App. P. 25(a).  All briefs and appendices must contain the date that the case is scheduled for oral argument at the top of the cover.  <u>See</u> D.C. Cir. Rule 28(a)(8).

                **FOR THE COURT:**
                Mark J. Langer, Clerk

            BY: /s/
                Timothy A. Ralls
                Deputy Clerk